# ORIGINAL BCZ

## BABST | CALLAND | CLEMENTS | ZOMNIR
A PROFESSIONAL CORPORATION

KEVIN K. DOUGLASS
Attorney at Law
T 412.394.6562
kdouglass@bccz.com

⑳
3-8-0?
sc

March 4, 2002

Judge Kane

FILED
MAR 0 7 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

**FIRST CLASS MAIL**

U.S. Clerk's Office
Harrisburg Division
Federal Building and U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA, 17108

RE: **Greater Delaware Valley Savings Bank v. Steven B. King,
Sterling Capital Company of Sarasota, Inc., et al., Civil Action No. 01-1117**

Dear Clerk of Court:

This will confirm that the pleading we forwarded to you on February 27, 2002 was a Motion to Withdraw and not a Motion to Dismiss as referenced in that letter. We apologize for any confusion this may have caused.

Very truly yours,

Kevin K. Douglass
Attorney for Defendant

KKD/rlc
cc: Steven B. King
John Chesney, Esq.

TWO GATEWAY CENTER | PITTSBURGH, PA 15222 | T 412.394.5400 | F 412.394.6576 | WWW.BCCZ.COM