IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREATER DELAWARE VALLEY SAVINGS BANK,<br>      Plaintiff, | CIVIL ACTION NO. 1:CV-01-1117 |
| v. | (Judge Kane) |
| STEVEN B. KING,<br>      Defendant. | |

FILED
HARRISBURG
APR - 4 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

The Court is in receipt of Babst, Calland, Clements and Zomnir, P.C.,'s ("moving counsel") motion for leave to withdraw as counsel to Defendant Steven B. King. The motion and attached certificate of service do not indicate whether Plaintiff concurs or that Defendant was served with a copy of this motion and notified of his right to object to the motion to withdraw. In addition, moving counsel has failed to file a brief in support of the motion, as required by Local Rule 7.5. **AND NOW**, therefore, **IT IS ORDERED THAT:**

1. The Clerk of Court shall serve a copy of said motion on Steven B. King;

2. Babst, Calland, Clements and Zomnir, P.C. is directed to file a brief in support of the motion within ten (10) days of the date of this Order. Moving counsel must serve a copy of the supporting brief on Defendant as well as Plaintiff's counsel.

3. Plaintiff's counsel, as well as Defendant, shall have fifteen (15) days from receipt of the brief in support of the motion to file any objections;

4. Moving counsel shall have ten (10) days thereafter to reply.

YVETTE KANE
United States District Judge

Dated: April 4, 2002.