IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREATER DELAWARE VALLEY SAVINGS BANK,**<br>    Plaintiff, | CIVIL ACTION NO. 1:CV-01-1117 |
| v. | (Judge Kane) |
| **STEVEN B. KING,**<br>    Defendant. | |

FILED
HARRISBURG
APR 1 1 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ORDER

AND NOW, pursuant to a telephone conference held with counsel on April 5, 2002, **IT IS ORDERED THAT** the above-captioned case is **STAYED** pending disposition of defense counsel's motion to withdraw.

YVETTE KANE
United States District Judge

Dated: April 11, 2002.