OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

1:CV-01-1117

remailed on
4/17/02
vg

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

FILED
APR 16 2002
PER VB
HARRISBURG, PA  DEPUTY CLERK

U. S. OFFICIAL MAIL
PENALTY
FOR
PRIVATE
USE $300
☆ ☆ METER
**
590023

04-04-02

U. S. POSTAGE
≈ 0.340
N