| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 4.12<br>C. Signature  X [signature]  ☒ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Steven B. King<br>4073 Shell Road<br>Sarasota, FL 34242 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7001 1140 0000 9829 7315 | |
| PS Form 3811, March 2001  Domestic Return Receipt  102595-01-M-1424 | |

Copy 28

FILED
HARRISBURG, PA
MAY 0 1 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

01-CV-1117
order of
4-4-02