1:01cv1117  5-15-0

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

REC'D
~~FILED~~
SCRANTON
MAY 0 2 2002
PER _____
DEPUTY CLERK

## PETITION

I __Jason P. Gosselin__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: __31 Twin Pines Road, Downingtown, PA  19335__

Residence Telephone: __610-321-2684__

My office address is: __One Logan Square, 18th & Cherry Sts., Phila., PA  19103-699__

Office Telephone: __215-988-3371__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__Pennsylvania Supreme Court -- Nov. 1995__

__Eastern District of Pennsylvania -- March 1996__

__Third Circuit -- 2000__

My attorney Identification number is: __76382__.

---

FOR COURT USE ONLY

FILED
HARRISBURG
MAY 15 2002
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

____GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
                U.S. DISTRICT JUDGE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

X SPECIAL ADMISSION:

GRANTED: __/s/ Kane__   Date: __5/8/02__
         U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

__NONE__

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)
**NONE**

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

____ General Admission under Local Rule LR 83.8

__X__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 __X__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: **Admission for case of Greater Delaware Valley Savings Bank v. King (CA 01-1117), which is currently pending.**

ALSO NAME THE PARTY YOU REPRESENT:

**Greater Delaware Valley Savings Bank**

If special admission is requested for a particular case, please list case number and caption:

Case # __CA No. 01-1117__

Caption # __Greater Delaware Valley Savings Bank v. Steven B. King__

- 2 -

I understand that:

    1)   If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2)   If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

    3)   If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

PETITIONER  *[signature]*  JASON P. Gosselin

041 76 3334
(Social Security Number)

4/30/02
(Date)