IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREATER DELAWARE VALLEY  :
SAVINGS BANK,      :  CIVIL ACTION NO. 1:CV-01-1117
    Plaintiff,    :
          :
    v.       :   (Judge Kane)
          :
STEVEN B. KING,     :
    Defendant.   :

**FILED**
HARRISBURG

MAY 2 8 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

**AND NOW**, this 28th day of May, 2002, **IT IS ORDERED THAT** a telephone

conference is scheduled for June 19, 2002 at 9:30 a.m.  In addition to counsel of record,

Defendant Steven B. King is directed to participate.  The Court will initiate the call.  Counsel and

Defendant are directed to contact chambers at 717-221-3990 no later than 5 p.m. June 14, 2002,

and provide a telephone number at which they can be reached for the conference.  The Clerk of

Court is directed to serve a copy of this order on Defendant Steven B. King by certified mail.

_____
Yvette Kane
United States District Judge