JUDGE'S COPY

Copy
31

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
6/6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Steven Boking
4073 Shell Rd.
Sarasota, FL 34242

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7000 0520 0023 0166 4354

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

FILED
HARRISBURG, PA
JUN 12 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

On day
5/28/02
01-CV-1117