| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): S. King<br>C. Date of Delivery: 6-24 |
| 1. Article Addressed to:<br>Steven Boking<br>4023 Shell Rd.<br>Sarasota, FL 34242 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7000 0520 0023 0166 4385 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835 | |

Copy
33

FILED
HARRISBURG, PA
JUL 11 2002
MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

01-CV-1117
6/2/02
order
1 of 1
J. Kane