IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREATER DELAWARE VALLEY SAVINGS BANK,<br>    Plaintiff, | CIVIL ACTION NO. 1:CV-01-1117 |
| v. | (Judge Kane) |
| STEVEN B. KING,<br>    Defendant. | |

FILED
HARRISBURG
AUG 2 8 2002
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

### ORDER

AND NOW, this 28th day of August, 2002, **IT IS ORDERED THAT** the pretrial conference scheduled for August 28, 2002 at 10:00 a.m. and jury selection scheduled for September 9, 2002 are **CANCELLED** pending further Order of the Court.

_____
Yvette Kane
United States District Judge