# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREATER DELAWARE VALLEY SAVINGS BANK,**<br>            **Plaintiff,** | : <br> : <br> : <br> : | **CIVIL ACTION NO. 1:CV-01-1117** |
| **v.** | : <br> : | **(Judge Kane)** |
| **STEVEN B. KING,**<br>            **Defendant.** | : <br> : <br> : | |

**FILED**
HARRISBURG, PA

AUG 2 8 2002

MARY E. D'ANDREA, CLER
Per _____ Deputy Clerk

## ORDER

On June 21, 2002, the Court issued and order directing Defendant Steven B. King to obtain counsel or file a statement with the Court that he intends to proceed without counsel on or before July 10, 2002. Defendant was warned that failure to respond would result in the entry of default against him. Nevertheless, Defendant failed to respond to the June 21, 2002 order. Therefore, **IT IS ORDERED THAT**, pursuant to Fed. R. Civ. P. 55(a), the Clerk of Court is directed to enter default against Defendant.

_____
Yvette Kane
United States District Judge

Dated: August 28, 2 _____ , 2002.