IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREATER DELAWARE VALLEY SAVINGS BANK | : CIVIL ACTION<br>: 1:CV-01-1117 |
| Plaintiff | : Judge Kane |
| V. | : |
| STEVEN B. KING | : |
| Defendants | : |

**FILED**
HARRISBURG, PA
SEP 10 2002
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### DEFAULT

AND NOW on this 28th day of August, 2002, upon the Request to Enter Default; and appearing by declaration of plaintiff, DELAWARE VALLEY SAVINGS BANK, **DEFAULT** is hereby entered against defendant, STEVEN B. KING, for failure to plead or otherwise defend pursuant to Rule 55(a), Federal Rules of Civil Procedure.

Dated: September 10, 2002            Mary E. D'Andrea, Clerk

_____
Peter J. Welsh

Deputy-In-Charge