**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jason P. Gosselin, Esq.
One Logan Square
18th & Cherry Sts.
Philadelphia, Pa 19103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Pierce_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 9-3-02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7001 1940 0001 2180 1597    1-1-CV-1117 Def 8/28/02

PS Form 3811, August 2001    Domestic Return Receipt    2 of 2    102595-02-M-0835

---

**FILED**
HARRISBURG, PA
SEP 1 1 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-CV-01-1117
defaver
8/28/02

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven B. King
4073 Shell Rd.
Sarasota, Fl. 34242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 9-7

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7001 1940 0001 2180 1603    1-1-CV-1117 Def. 8/28/02

PS Form 3811, August 2001    Domestic Return Receipt    1 of 2    102595-02-M-0835