(38)
10/21/0...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery  9-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Steven B. King
4073 Shell Rd
Sarasota, Fl. 34242

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7001 1940 0001 2180 1573

1-cv-01-1117
defauer. Smyser
-1001

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

1-CV-01-1117
defauer

**FILED**
HARRISBURG, PA
OCT 18 2002
MARY E. D'ANDREA, CLERK
Per _____