

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREATER DELAWARE VALLEY SAVINGS BANK | : |
| v. | : CIVIL ACTION |
| STEVEN B. KING<br>4073 SHELL ROAD<br>SARASOTA, FL 34242 | : NO. 01-1117<br>: Judge Yvette Kane |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Greater Delaware Valley Savings Bank ("GDVSB"), by and through its attorneys, Drinker Biddle & Reath LLP, hereby moves for entry of a default judgment pursuant to Federal Rule 55(b)(1), and in support thereof, avers as follows:

1. This action arises out of a scheme orchestrated by Defendant Steven B. King and others for the purpose of defrauding entities such as GDVSB, which purchased commercial loans and mortgages in the secondary mortgage market.

2. As a result of King's fraudulent and unlawful conduct, GDVSB suffered an actual loss in the amount of $363,968.92. In Count I of the Complaint, GDVSB sought treble damages pursuant to the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. §1962, et seq. The total amount claimed was $1,091,906.70.

3. On August 28, 2002, the Court, per the Honorable Yvette Kane, ordered that the Clerk of Court enter default against defendant Steven B. King pursuant to Federal Rule of Civil Procedure 55(a). See Order attached hereto as Exhibit A.

4. Upon information and belief, the Clerk entered a default against Defendant King on September 10, 2002.

PHLIT\410492\1

5. Because the amount of GDVSB's claim against Defendant King is for a sum certain, GDVSB hereby requests that the Clerk of Court enter default judgment in favor of GDVSB in the amount of $1,091,906.70, pursuant to Federal Rule of Civil Procedure 55(b)(1). A proposed Order is attached hereto as Exhibit B.

WHEREFORE, GDVSB respectfully requests that this Honorable Court enter judgment in the amount of $1,091,906.70, in favor of Greater Delaware Valley Savings Bank and against defendant Steve B. King.

                                                                          _____
                                                                          John Chesney
                                                                          Jason P. Gosselin
                                                                          Drinker Biddle & Reath
                                                                          One Logan Square
                                                                          18th & Cherry Streets
                                                                          Philadelphia, PA  19103-6996
                                                                          (215) 988-3371

                                                                          Attorneys for Plaintiff Greater
                                                                          Delaware Valley Savings Bank

Date:  January 27, 2003

PHLIT\410492\1                                                                      - 2 -

## **CERTIFICATE OF SERVICE**

I, Jason P. Gosselin, hereby certify that on January 27, 2003, I served a copy of the foregoing Motion for Entry of Default Judgment via first class U.S. mail return receipt requested, and first class U.S. regular mail, as follows:

>Steven B. King
>4073 Shell Road
>Sarasota, FL  34242
>
>Steven B. King
>5053 Ocean Blvd.
>Sarasota, FL  34242

>_____
>Jason P. Gosselin
>Drinker Biddle & Reath LLP
>One Logan Square
>18th & Cherry Streets
>Philadelphia, PA  19103-6996