IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREATER DELAWARE VALLEY SAVINGS BANK | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| STEVEN B. KING | : | NO. 01-1117 |
| 4073 SHELL ROAD | : | |
| SARASOTA, FL 34242 | : | Judge Yvette Kane |

**FILED**
HARRISBURG, PA
JAN 3 0 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER

Upon this 30th day of Jan_____, 2003, pursuant to Rule 55(b)(1), judgment in the amount of $1,091,906.70 is entered in favor of Plaintiff Greater Delaware Valley Savings Bank and against Defendant Steven B. King.

_____
[signature: Kane]

PHLIT\410492\1