**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Steven B. King
    4073 Shell Rd
    Sarasota, FL
    34242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 2-3-3

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 0460 0002 7099 4011

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

FILED
HARRISBURG, PA

FEB 10 2003

MARY E. D'ANDREA, CLERK
Per _____

1-cv-01-1117
Judgment